# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M2M SOLUTIONS LLC, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> SIERRA WIRELESS AMERICA INC. ET AL., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No.  1:14-CV-01102-RGA |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following deadlines set forth in the Court's Scheduling Order (D.I. 93) shall be extended as follows:

(1) Fact Discovery Deadline: January 24, 2020.[1]

(2) Amended Infringement and Invalidity Contentions: January 31, 2020

(3) Opening Expert Reports: February 21, 2020

(4) Rebuttal Expert Reports: March 27, 2020

(5) Reply Expert Reports: April 24, 2020

(6) Close of Expert Discovery: May 15, 2020

The reason for this request is to allow sufficient time for the parties to complete fact and expert discovery and based upon the teleconference with this Honorable Court on December 20, 2019.

---

[1] It is agreed and understood that the depositions of Phil and Eveline Wesby may be taken through the end of January 2020.

| | |
|---|---|
| Respectfully submitted, | STAMOULIS & WEINBLATT LLC |
| Dated:  January 21, 2020 | */s/Stamatios Stamoulis* |
| | Stamatios Stamoulis #4606 |
| OF COUNSEL | stamoulis@swdelaw.com |
| | Richard C. Weinblatt #5080 |
| Wendy Verlander | weinblatt@swdelaw.com |
| wverlander@blackbird-tech.com | 800 N. West Street, Third Floor |
| Jeffrey D. Ahdoot | Wilmington, DE 19801 |
| jahdoot@blackbird-tech.com | Telephone: (302) 999-1540 |
| Blackbird Tech LLC d/b/a | |
| Blackbird Technologies | Eric H. Findlay |
| One Boston Place, Suite 2600 | efindlay@findlaycraft.com |
| Boston, MA 02108 | Brian Craft |
| 617.307.7100 | bcraft@findlaycraft.com |
| | Debby Gunter |
| | dgunter@findlaycraft.com |
| | Kelce S. Wilson |
| | kwilson@findlaycraft.com |
| | FINDLAY CRAFT, P.C. |
| | 102 North College Avenue |
| | Suite 900 |
| | Tyler, Texas 75702 |
| |  (903) 534-1100 |
| |  (903) 534-1137 - Fax |
| | |
| | *Attorneys for Plaintiff* |
| | BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES |
| | |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | |
| | */s/Jeremy A. Tigan* |
| Jennifer Hayes | Thomas C. Grimm (#1098) |
| NIXON PEABODY LLP | Jeremy A. Tigan (#5239) |
| 300 South Grand Avenue | Stephen J. Kraftschik (#5623) |
| Suite 4100 | 1201 North Market Street |
| Los Angeles, CA 90071-3151 | P.O. Box 1347 |
| (213) 629-6000 | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| Ronald F. Lopez | tgrimm@mnat.com |
| NIXON PEABODY LLP | jtigan@mnat.com |
| One Embarcadero Center, Suite 3200 | skraftschik@mnat.com |
| San Francisco, CA 94111 | |

(415) 984-8200                                              *Attorneys for Sierra Wireless America, Inc.*
                                                            *and Sierra Wireless Inc.*

SO ORDERED this _____ day of January 2020.

_____
UNITED STATES DISTRICT JUDGE