**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

(302) 658-9200
(302) 658-3989 FAX

JEREMY TIGAN
(302) 351-9106
jtigan@mnat.com

October 2, 2020

The Honorable Richard G. Andrews                    *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE  19801

Re:  *M2M Solutions LLC, et al. v. Sierra Wireless Am. Inc., et al.,* C.A. No. 14-1102 (RGA)

Dear Judge Andrews:

I write on behalf of the parties to respectfully request that the Court postpone the pre-trial and trial dates in this matter due to continuing complications resulting from the coronavirus pandemic. A pretrial conference is currently set for December 18, 2020, and a 5-day jury trial is set to begin on January 11, 2021. *See* D.I. 148.

In addition to concerns about the safety and practicality of conducting a jury trial under the current circumstances, travel by co-counsel and witnesses remains a significant concern. Sierra's lead counsel is in California, and Plaintiffs' lead counsel is in Massachusetts. Further, Sierra's client representatives, including its primary witnesses, are in Canada and currently face travel restrictions to the United States. The CDC lists the United States and Canada as having "high" COVID-19 risk.

Accordingly, the parties respectfully request that the pre-trial conference and trial be rescheduled for spring 2021, if convenient for the Court. This continuance will also provide the Court with additional time to resolve the pending summary judgment and *Daubert* motions.  *See* D.I. 165-166, 177, 183, 188.

Counsel are available at the Court's convenience if Your Honor would like to discuss this request.

Respectfully,

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

cc:   Clerk of the Court (Via CM/ECF)
      All Counsel of Record (Via CM/ECF and Electronic Mail)