**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

M2M SOLUTIONS LLC, and
BLACKBIRD TECH LLC

Plaintiffs,

v.

SIERRA WIRELESS AMERICA, INC., and
SIERRA WIRELESS, INC.

Defendants.

C.A. No. 14-1102-RGA

**~~[PLAINTIFFS' PROPOSED]~~ FINAL JUDGMENT**

Pursuant to the Court's Markman Opinion and Order (D.I. 140, 148) and the Court's Opinions and Orders regarding Defendants' Motion for Summary Judgment (D.I. 203, 213 & 214), the Court enters final judgment in favor of Defendants Sierra Wireless America, Inc. and Sierra Wireless, Inc., and against Plaintiffs M2M Solutions LLC and Blackbird Tech LLC as follows:

1. Judgment of invalidity of claims 28 and 30 of the U.S. Patent No. 8,648,717 (the "'717 Patent") on the basis of indefiniteness is entered in favor of Defendants and against Plaintiffs.

2. Judgment of invalidity of claims 25-27 of the '717 patent on the basis of collateral estoppel is entered in favor of Defendants and against Plaintiffs.

3. Judgment of non-infringement of claims 25-27 of the '717 patent for all accused products on the basis for failure to meet the "exclusive set of numbers" limitation of claim 24 is entered in favor of Defendants and against Plaintiffs.

4. Judgment of non-infringement of claims 25-27 of the '717 patent under the doctrine of equivalents is entered in favor of Defendants and against Plaintiffs.

5. Defendants' remaining defenses are dismissed without prejudice as moot.

This is a final judgment and may be appealed if a notice of appeal is filed within 30 days of the date on which this judgment was ordered.

[signature]
U.S.D.J.

May 19, 2021