## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M2M SOLUTIONS LLC, and<br>BLACKBIRD TECH LLC<br><br>          Plaintiffs,<br><br>     v.<br><br>SIERRA WIRELESS AMERICA, INC., and<br>SIERRA WIRELESS, INC.<br><br>          Defendants. | C.A. No. 14-1102-RGA |

## PLAINTIFF M2M SOLUTIONS LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT ITS MOTION FOR CLARIFICATION AND/OR RECONSIDERATION OF THE COURT'S MEMORANDUM OPINION AWARDING ATTORNEY FEES

Plaintiff M2M Solutions LLC ("M2M") respectfully moves for leave of Court to file a short reply in further support of its pending Motion For Clarification And/Or Reconsideration Of The Court's Memorandum Opinion Awarding Attorney Fees (D.I. 244; the "Clarification Motion"). While M2M believes that leave may not be necessary to file a reply in support of a motion for clarification, the District of Delaware Local Rules restrict the filing of replies on motions for reargument. *See* D. Del. L.R. 7.1.5.[1] To avoid running afoul of this rule, M2M respectfully seeks leave to file a short reply in support of the Clarification Motion. The purpose of the requested reply is for M2M to succinctly respond to instances in which Defendants Sierra Wireless America, Inc. and Sierra Wireless Inc. (collectively, "Sierra") have raised new legal

---

[1] Pursuant to Local Rule 7.1.1, the undersigned hereby certifies that the parties have met and conferred on the relief sought in this motion. Blackbird Tech LLC and Sierra do not oppose this motion.

and factual issues and arguments in their recently filed Opposition Brief to the Clarification

Motion (D.I. 251).  The reply that M2M proposes filing is attached hereto as Exhibit 1.

As grounds for its present motion for leave, M2M states that absent leave to file its reply,

M2M would be unduly prejudiced by having no opportunity to respond to newly advanced legal

and factual contentions made by Sierra that may prove significant to the Court's ultimate

resolution of M2M's pending Clarification Motion.  Moreover, because Sierra's newly advanced

contentions mischaracterize both the facts and the law as they apply to the record *sub judice*,

M2M submits that its proposed reply is necessary to correct the record and thereby allow for the

Court to reach a fully informed and just resolution of M2M's pending Clarification Motion.


Dated:  February 7, 2022                    BAYARD, P.A.


                                            /s/ Stephen B. Brauerman
                                            Stephen B. Brauerman (#4952)
                                            600 North King Street, Suite 400
                                            Wilmington, Delaware 19801
                                            (302) 655-5000
                                            sbrauerman@bayardlaw.com

                                            *Attorneys for Plaintiff M2M Solutions LLC*