IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M2M SOLUTIONS LLC and BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>           Plaintiffs,<br><br>    v.<br><br>SIERRA WIRELESS AMERICA, INC. and SIERRA WIRELESS INC.,<br><br>           Defendants. | C.A. No. 14-1102 (RGA)<br><br>**PUBLIC VERSION**<br><br>**Confidential Version Filed: March 7, 2023**<br>**Public Version Filed: March 14, 2023** |

**MOTION FOR ORDER REGARDING AMOUNT OF ATTORNEYS' FEES IN SUPPORT OF EXCEPTIONAL CASE ORDER**

In its Order and Memorandum Opinion, this Court (i) entered final judgment in favor of Sierra Wireless ("Sierra"), and (ii) granted Sierra's motion for attorneys' fees under 35 U.S.C. § 285 (D.I. 241, 242). The Court subsequently ordered the parties to submit a joint status report including a stipulation as to the amount of attorneys' fees in its August 16, 2022 Order Clarifying Memorandum Opinion (D.I. 258).

Over the course of the following months, the parties met and conferred ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.



As detailed in the contemporaneously filed declarations, Sierra has spent ▬▬▬▬▬▬ in fees defending itself since January 29, 2020. Sierra asks the Court award that amount consistent with its prior orders.

Sierra's requested fees include work relating to preparing and filing briefs in support of its motion for summary judgment and exclude expert testimony (D.I. 165-167, 187-188, 212),

exceptional case motion (D.I. 218, 219, 227), bill of costs (D.I. 235, 236), and motions in limine. *See* Declaration of J. Hayes and Declaration of J. Tigan filed herewith. The fees also include work relating to third party discovery (D.I. 173) pre-trial matters, including preliminary jury instructions, final jury instructions, proposed voir dire, verdict form, exhibit list, witness list, deposition designations and the like. *Id.* The fees also include work relating to Sierra's efforts to collect its attorneys' fees from Blackbird and provide status reports to the Court during that time. *Id.*

The amounts of time spent on this work are reasonable and the hourly rates are reasonable. *Id.*

Sierra, accordingly, asks that the Court award Sierra its reasonable attorney fees in the amount of $          . *Id.*

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
| Jennifer Hayes | _____ |
| NIXON PEABODY LLP | Jeremy A. Tigan (#5239) |
| 300 South Grand Avenue | 1201 North Market Street |
| Suite 4100 | P.O. Box 1347 |
| Los Angeles, CA 90071-3151 | Wilmington, DE 19899-1347 |
| (213) 629-6000 | (302) 658-9200 |
|  | jtigan@morrisnichols.com |
| Ronald F. Lopez |  |
| NIXON PEABODY LLP | *Attorneys for Sierra Wireless America, Inc.* |
| One Embarcadero Center, Suite 3200 | *and Sierra Wireless Inc.* |
| San Francisco, CA 94111 |  |
| (415) 984-8200 |  |

March 7, 2023

SO ORDERED this ___ day of _____, 2023.

_____
United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 7, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Blackbird Tech LLC*<br>*d/b/a Blackbird Technologies* | *VIA ELECTRONIC MAIL* |
| Wendy H. Verlander<br>Jeffrey D. Ahdoot<br>BLACKBIRD TECH LLC<br>d/b/a BLACKBIRD TECHNOLOGIES<br>One Boston Place, Suite 2600<br>Boston, MA  02108<br>*Attorneys for Plaintiff Blackbird Tech LLC*<br>*d/b/a Blackbird Technologies* | *VIA ELECTRONIC MAIL* |
| David A. Gerasimow<br>THE LAW OFFICES OF DAVID A. GERASIMOW, P.C.<br>73 West Monroe Street<br>Chicago, IL  60603<br>*Attorneys for Plaintiff Blackbird Tech LLC*<br>*d/b/a Blackbird Technologies* | *VIA ELECTRONIC MAIL* |
| Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff M2M Solutions LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)