IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M2M SOLUTIONS LLC and BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>   Plaintiffs,<br><br>   v.<br><br>SIERRA WIRELESS AMERICA, INC. and SIERRA WIRELESS INC.,<br><br>   Defendants. | C.A. No. 14-1102 (RGA)<br><br>**PUBLIC VERSION**<br><br>**Confidential Version Filed: March 7, 2023**<br>**Public Version Filed: March 14, 2023** |

## DECLARATION OF JEREMY A. TIGAN

I, Jeremy A. Tigan, declare under penalty of perjury that the following is true and correct.

1. I am a member of the bar of the state of Delaware and a partner at Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel for Defendants Sierra Wireless America, Inc., and Sierra Wireless, Inc., in this litigation. This declaration is submitted in support of Defendants' Motion for Order Regarding Amount of Attorneys' Fees in Support of Exceptional Case Order.

2. This declaration is made of my own personal, firsthand knowledge unless noted otherwise and, if called as a witness, I could and would competently testify thereto.

3. Sierra Wireless retained Morris Nichols to defend it against M2M's originally filed lawsuit in or around February 2012. Morris Nichols offers a broad range of services to national and international clients. Morris Nichols's intellectual property litigation group has been ranked Band 1 by *Chambers USA*. Morris Nichols's highly qualified intellectual property attorneys represented Sierra Wireless throughout the duration of this matter.

4. From January 30, 2021, to the date of this declaration, Sierra's Morris Nichols's invoices for attorney and paralegal fees for this lawsuit totaled $██████. Sierra seeks these fees as the reasonable attorney fees that the Court should award. This declaration applies to Sierra's

Morris Nichols fees.  A separate declaration for Sierra's Nixon Peabody fees is being submitted contemporaneously herewith.

5.  This declaration includes summaries of each timekeeper's role on the case.  The summaries were prepared from records kept during the litigation and based on my firsthand knowledge of each timekeeper's contributions.

6.  I am a partner in the intellectual property litigation group at Morris Nichols.  I have represented clients as lead or Delaware counsel for over 15 years in litigation in this and other districts in all aspects of litigation, from pre-suit investigation through appeal

7.  Tom Grimm was a partner in the intellectual property litigation group at Morris Nichols.  Mr. Grimm retired with almost 40 years of intellectual property litigation experience in Delaware and nationwide, representing parties in diverse industries as Delaware and lead counsel.

8.  Sarah Simonetti was an associate in the intellectual property litigation group at Morris Nichols.  Ms. Simonetti's practice focused on patent as lead and Delaware counsel.

9.  Laura Viereck and Denise Stitik are paralegals in the intellectual property litigation group at Morris Nichols. Ronald Amores is a litigation support specialist at Morris Nichols.  Ms. Viereck, Ms. Stitik, and Mr. Amores assisted with preparing, filing, serving documents and performing other tasks necessary to defend this litigation.

10.  The amounts of time and narratives set forth in these reports were prepared by each individual timekeeper at or near the time of the events they record, were reviewed and revised by me or Mr. Grimm, and the final compilations were prepared by MNAT staff, then sent to Sierra, in the regular course of business.

11.  The information in Exhibit 1 to this declaration were generated by MNAT's accounting department at my direction.  I have reviewed the exhibit and it accurately reflects the

invoices that were sent to Sierra and ultimately paid by Sierra. Only the fees actually incurred by Sierra and paid to Morris Nichols by Sierra are included in this declaration.

12. In my experience, the total fees incurred by MNAT that fall within the scope of Sierra's requested relief were reasonable and necessary to accomplish the tasks assigned by Sierra.

13. I declare under the penalty of perjury that the foregoing is true and correct.

*/s/ Jeremy A. Tigan*

March 7, 2023

Jeremy A. Tigan (#5239)

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 7, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Blackbird Tech LLC*<br>*d/b/a Blackbird Technologies* | *VIA ELECTRONIC MAIL* |
| Wendy H. Verlander<br>Jeffrey D. Ahdoot<br>BLACKBIRD TECH LLC<br>d/b/a BLACKBIRD TECHNOLOGIES<br>One Boston Place, Suite 2600<br>Boston, MA  02108<br>*Attorneys for Plaintiff Blackbird Tech LLC*<br>*d/b/a Blackbird Technologies* | *VIA ELECTRONIC MAIL* |
| David A. Gerasimow<br>THE LAW OFFICES OF DAVID A. GERASIMOW, P.C.<br>73 West Monroe Street<br>Chicago, IL  60603<br>*Attorneys for Plaintiff Blackbird Tech LLC*<br>*d/b/a Blackbird Technologies* | *VIA ELECTRONIC MAIL* |
| Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff M2M Solutions LLC* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)