EXHIBIT 1



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

---

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:          February 29, 2020
Invoice Number:                  2002290
Matter Number:          ▇▇▇▇▇▇

---

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending February 29, 2020

|  |  |  |
|---|---|---|
| Total Fees | $ | |
| Total Costs | $ | |
| Total Due This Invoice | $ | |



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:              February 29, 2020
Invoice Number:                     2002290
Matter Number:

**Matter Name:**  M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
February 29, 2020

| | | |
|---|---|---|
| Total Fees | $ | |
| Total Costs | $ | |
| Total Due This Invoice | $ | |

Please Remit
to:

*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

Invoice Date:         February 29, 2020
Invoice Number:       2002290
Matter Number:       ███████

## Timekeeper Summary

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Grimm, Thomas C. | Partner | | | |
| Tigan, Jeremy A. | Partner | | | |
| Tigan, Jeremy A. | Partner | | | |
| Viereck, Laura | Paralegal | | | |
| | **Total** | | | |

## Time Detail

| **Date** | **Name** | **Description** | **Hours** |
|---|---|---|---|
| 11/01/19 | Viereck, Laura | ███ | |
| 11/04/19 | Tigan, Jeremy A. | ███ | |
| 11/04/19 | Grimm, Thomas C. | ███ | |
| 11/05/19 | Grimm, Thomas C. | ███ | |
| 11/05/19 | Viereck, Laura | ███ | |
| 11/06/19 | Tigan, Jeremy A. | ███ | |
| 11/08/19 | Viereck, Laura | ███ | |
| 11/12/19 | Grimm, Thomas C. | ███ | |
| 11/12/19 | Viereck, Laura | ███ | |
| 11/13/19 | Grimm, Thomas C. | ███ | |
| 11/13/19 | Tigan, Jeremy A. | ███ | |
| 11/21/19 | Grimm, Thomas C. | ███ | |
| 11/22/19 | Tigan, Jeremy A. | ███ | |

Sierra Wireless America, Inc.

Invoice Date:        February 29, 2020
Invoice Number:              2002290
Matter Number:           ██████████

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/25/19 | Grimm, Thomas C. | ████████████████████ | |
| 11/26/19 | Grimm, Thomas C. | ████████████████████ | |
| 11/27/19 | Viereck, Laura | ████████████████████ | |
| 11/27/19 | Grimm, Thomas C. | ████████████████████ | |
| 11/27/19 | Tigan, Jeremy A. | ████████████████████ | |
| 11/29/19 | Tigan, Jeremy A. | ████████████████████ | |
| 12/02/19 | Tigan, Jeremy A. | ████████████████████ | |
| 12/02/19 | Viereck, Laura | ████████████████████ | |
| 12/02/19 | Grimm, Thomas C. | ████████████████████ | |
| 12/03/19 | Tigan, Jeremy A. | ████████████████████ | |
| 12/03/19 | Viereck, Laura | ████████████████████ | |
| 12/03/19 | Grimm, Thomas C. | ████████████████████ | |
| 12/04/19 | Tigan, Jeremy A. | ████████████████████ | |
| 12/04/19 | Grimm, Thomas C. | ████████████████████ | |
| 12/05/19 | Tigan, Jeremy A. | ████████████████████ | |

Sierra Wireless America, Inc.

Invoice Date: February 29, 2020
Invoice Number: 2002290
Matter Number: ███████

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/05/19 | Viereck, Laura | ████████████████ | |
| 12/06/19 | Grimm, Thomas C. | ████████████████ | |
| 12/09/19 | Grimm, Thomas C. | ████████████████ | |
| 12/09/19 | Tigan, Jeremy A. | ████████████████ | |
| 12/10/19 | Tigan, Jeremy A. | ████████████████ | |
| 12/10/19 | Viereck, Laura | ████████████████ | |
| 12/10/19 | Grimm, Thomas C. | ████████████████ | |
| 12/11/19 | Tigan, Jeremy A. | ████████████████ | |
| 12/11/19 | Viereck, Laura | ████████████████ | |
| 12/11/19 | Grimm, Thomas C. | ████████████████ | |
| 12/17/19 | Grimm, Thomas C. | ████████████████ | |
| 12/18/19 | Tigan, Jeremy A. | ████████████████ | |
| 12/20/19 | Tigan, Jeremy A. | ████████████████ | |
| 12/20/19 | Grimm, Thomas C. | ████████████████ | |
| 12/20/19 | Viereck, Laura | ████████████████ | |
| 01/04/20 | Tigan, Jeremy A. | ████████████████ | |
| 01/06/20 | Tigan, Jeremy A. | ████████████████ | |
| 01/09/20 | Tigan, Jeremy A. | ████████████████ | |

Sierra Wireless America, Inc.

Invoice Date: February 29, 2020
Invoice Number: 2002290
Matter Number: ███████



| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/10/20 | Tigan, Jeremy A. | | |
| 01/14/20 | Tigan, Jeremy A. | | |
| 01/15/20 | Tigan, Jeremy A. | | |
| 01/17/20 | Tigan, Jeremy A. | | |
| 01/21/20 | Tigan, Jeremy A. | | |
| 01/22/20 | Vireck, Laura | | |
| 01/29/20 | Vireck, Laura | | |
| 01/31/20 | Tigan, Jeremy A. | | |

**Total**

**Cost Summary**

| Description | Amount |
|-------------|--------|

**Total**

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 10/17/19 | | | |
| 11/05/19 | | | |
| 12/13/19 | | | |



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:               May 6, 2020
Invoice Number:               2004731
Matter Number:             ████████

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending April 30, 2020

Total Fees                        $  ████████

Total Costs                       $_____████

Total Due This Invoice            $  ████████



**MORRIS
NICHOLS
ARSHT &
TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:                    May 6, 2020
Invoice Number:                  2004731
Matter Number:                   ████████

**Matter Name:**  M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
April 30, 2020

Total Fees                       $   ██████
Total Costs                      $___██████
Total Due This Invoice           $   ██████

**Please Remit
to:**                  ***Mail To:***
                       *Morris, Nichols, Arsht & Tunnell LLP*
                       *1201 North Market Street 16th Floor*
                       *P.O. Box 1347*
                       *Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

Invoice Date:         May 6, 2020
Invoice Number:      2004731
Matter Number:

**Timekeeper Summary**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Tigan, Jeremy A. | Partner | | | |
| Simonetti, Sarah | Associate | | | |
| Amores, Ronald | Litigation Support | | | |
| Viereck, Laura | Paralegal | | | |
| | **Total** | | | |

Sierra Wireless America, Inc.

Invoice Date:      May 6, 2020
Invoice Number:      2004731
Matter Number:      ███████

**Time Detail**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/13/20 | Tigan, Jeremy A. | █████████ | |
| 02/14/20 | Tigan, Jeremy A. | | |
| 02/18/20 | Tigan, Jeremy A. | | |
| 02/19/20 | Simonetti, Sarah | | |
| 02/20/20 | Tigan, Jeremy A. | | |
| 02/20/20 | Simonetti, Sarah | | |
| 02/21/20 | Tigan, Jeremy A. | | |
| 02/25/20 | Amores, Ronald | | |
| 03/23/20 | Tigan, Jeremy A. | | |
| 03/24/20 | Viereck, Laura | | |
| 04/17/20 | Tigan, Jeremy A. | | |
| 04/20/20 | Tigan, Jeremy A. | | |
| 04/20/20 | Viereck, Laura | | |

**Total** ███████

**Cost Summary**

| Description | Amount |
|-------------|--------|
| ██████████ | ████████ |

**Total** ████████

Sierra Wireless America, Inc.

Invoice Date: May 6, 2020
Invoice Number: 2004731
Matter Number: ██████

**Cost Detail**

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 02/19/20 | ████████████ | ██ | ██ |
| 02/20/20 | ████████████ | ██ | ██ |
| | | **Total** | ██ |



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:             June 30, 2020
Invoice Number:           2006909
Matter Number:            ███████

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending May 31, 2020

Total Fees                          $_____ ████

Total Due This Invoice              $        ████

**Outstanding Invoices**

| Invoice Date | Invoice Number | Invoice Total | Payments | Total Balance |
|---|---|---|---|---|
| 05/06/20 | 2004731 | ████████████████████ | | |
| | **Total** | $_____ ████ | | |
| | **Amount Due** | $_____ ████ | | |



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date: June 30, 2020
Invoice Number: 2006909
Matter Number: ▆▆▆▆▆▆

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending May 31, 2020

| | |
|---|---|
| Total Fees | $ ▆▆▆▆ |
| Total Due This Invoice | $ ▆▆▆▆ |
| Previous Balance Due | $ ▆▆▆▆ |
| **Amount Due** | $ ▆▆▆▆ |

**Please Remit to:**

*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

Invoice Date: June 30, 2020
Invoice Number: 2006909
Matter Number: ███████

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Tigan, Jeremy A. | Partner | | | |
| Viereck, Laura | Paralegal | | | |
| | **Total** | | | |

**Time Detail**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/15/20 | Tigan, Jeremy A. | | |
| 05/18/20 | Tigan, Jeremy A. | | |
| 05/18/20 | Viereck, Laura | | |
| 05/26/20 | Tigan, Jeremy A. | | |
| 05/27/20 | Tigan, Jeremy A. | | |
| 05/29/20 | Tigan, Jeremy A. | | |
| 05/29/20 | Viereck, Laura | | |
| | | **Total** | |



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:       August 21, 2020
Invoice Number:         2008973
Matter Number:          ██████

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending July 31, 2020

Total Fees                          $ _____ ████

Total Due This Invoice              $       ████



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:    August 21, 2020
Invoice Number:    2008973
Matter Number:    ███████

---

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending July 31, 2020

Total Fees    $_____ ████

Total Due This Invoice    $ ████

REMITTANCE

**Please Remit to:**

*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

Invoice Date:                    August 21, 2020
Invoice Number:                      2008973
Matter Number:              ██████████

**Timekeeper Summary**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Tigan, Jeremy A. | Partner | | | |
| Simonetti, Sarah | Associate | | | |
| Stitik, Denise S. | Paralegal | | | |
| Viereck, Laura | Paralegal | | | |
| | **Total** | | | |

**Time Detail**

| **Date** | **Name** | **Description** | **Hours** |
|---|---|---|---|
| 06/01/20 | Tigan, Jeremy A. | | |
| 06/02/20 | Tigan, Jeremy A. | | |
| 06/04/20 | Tigan, Jeremy A. | | |
| 06/05/20 | Tigan, Jeremy A. | | |
| 06/08/20 | Tigan, Jeremy A. | | |
| 06/09/20 | Tigan, Jeremy A. | | |
| 06/10/20 | Tigan, Jeremy A. | | |
| 06/10/20 | Viereck, Laura | | |
| 06/10/20 | Simonetti, Sarah | | |
| 06/11/20 | Tigan, Jeremy A. | | |

Sierra Wireless America, Inc.

| | | Invoice Date: | August 21, 2020 |
| | | Invoice Number: | 2008973 |
| | | Matter Number: | ███████ |

| **Date** | **Name** | **Description** | **Hours** |
|------|------|-------------|-------|
| 06/11/20 | Viereck, Laura | ███████████████████ | |
| 06/11/20 | Simonetti, Sarah | ███████████████████ | |
| 06/12/20 | Tigan, Jeremy A. | ███████████████████ | |
| 06/12/20 | Viereck, Laura | ███████████████████ | |
| 06/15/20 | Tigan, Jeremy A. | ███████████████████ | |
| 06/15/20 | Viereck, Laura | ███████████████████ | |
| 06/16/20 | Tigan, Jeremy A. | ███████████████████ | |
| 06/16/20 | Viereck, Laura | ███████████████████ | |
| 06/18/20 | Tigan, Jeremy A. | ███████████████████ | |
| 06/21/20 | Tigan, Jeremy A. | ███████████████████ | |
| 06/22/20 | Tigan, Jeremy A. | ███████████████████ | |
| 06/23/20 | Tigan, Jeremy A. | ███████████████████ | |
| 06/23/20 | Stitik, Denise S. | ███████████████████ | |
| 06/29/20 | Tigan, Jeremy A. | ███████████████████ | |
| 06/30/20 | Viereck, Laura | ███████████████████ | |
| 07/01/20 | Tigan, Jeremy A. | ███████████████████ | |

Sierra Wireless America, Inc.

Invoice Date: August 21, 2020
Invoice Number: 2008973
Matter Number: ██████████

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/02/20 | Viereck, Laura | | |
| 07/15/20 | Tigan, Jeremy A. | | |
| 07/15/20 | Stitik, Denise S. | | |
| 07/16/20 | Tigan, Jeremy A. | | |
| 07/17/20 | Tigan, Jeremy A. | | |
| 07/21/20 | Tigan, Jeremy A. | | |
| 07/23/20 | Viereck, Laura | | |
| 07/30/20 | Tigan, Jeremy A. | | |
| 07/31/20 | Tigan, Jeremy A. | | |
| | | **Total** | |



**MORRIS
NICHOLS
ARSHT &
TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:    October 14, 2020
Invoice Number:    2011032
Matter Number:

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
September 30, 2020

Total Fees    $

Total Costs    $

Total Due This Invoice    $



**MORRIS
NICHOLS
ARSHT &
TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:                    October 14, 2020
Invoice Number:                  2011032
Matter Number:                   █████████

**Matter Name:**  M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
September 30, 2020

| | |
|---|---|
| Total Fees | $ ████████ |
| Total Costs | $ ████████ |
| Total Due This Invoice | $ ████████ |

**Please Remit
to:**



*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

| | |
|---|---|
| Invoice Date: | October 14, 2020 |
| Invoice Number: | 2011032 |
| Matter Number: | ███████ |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Tigan, Jeremy A. | Partner | | | |
| Vereck, Laura | Paralegal | | | |
| | **Total** | | | |

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/05/20 | Tigan, Jeremy A. | | |
| 08/07/20 | Tigan, Jeremy A. | | |
| 08/10/20 | Tigan, Jeremy A. | | |
| 08/12/20 | Tigan, Jeremy A. | | |
| 08/13/20 | Tigan, Jeremy A. | | |
| 08/14/20 | Tigan, Jeremy A. | | |
| 08/14/20 | Vereck, Laura | | |
| 09/08/20 | Tigan, Jeremy A. | | |
| 09/10/20 | Tigan, Jeremy A. | | |
| 09/11/20 | Tigan, Jeremy A. | | |
| 09/14/20 | Tigan, Jeremy A. | | |
| 09/17/20 | Vereck, Laura | | |
| 09/17/20 | Tigan, Jeremy A. | | |

Sierra Wireless America, Inc.

Invoice Date: October 14, 2020
Invoice Number: 2011032
Matter Number: ███████

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/21/20 | Tigan, Jeremy A. | ███████████████████████ | |
| 09/22/20 | Tigan, Jeremy A. | | |
| 09/22/20 | Viereck, Laura | | |
| 09/23/20 | Tigan, Jeremy A. | | |
| 09/24/20 | Tigan, Jeremy A. | | |
| 09/28/20 | Tigan, Jeremy A. | | |
| 09/29/20 | Tigan, Jeremy A. | | |
| 09/30/20 | Tigan, Jeremy A. | | |

**Total** ████████

**Cost Summary**

| Description | Amount |
|-------------|--------|
| ███████ | ██████ |

**Total** ██████

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 09/04/20 | ████████████████ | ██████ | ████ |

**Total**



**MORRIS
NICHOLS
ARSHT &
TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:               November 30, 2020
Invoice Number:                    2012674
Matter Number:            █████████

**Matter Name:**  M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
October 31, 2020

Total Fees                              $_____  ███████

Total Due This Invoice          $         ███████



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

| | |
|---|---|
| Invoice Date: | November 30, 2020 |
| Invoice Number: | 2012674 |
| Matter Number: | ██████ |

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending October 31, 2020

| | |
|---|---|
| Total Fees | $ ████ |
| Total Due This Invoice | $ ████ |

**Please Remit to:**

*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

Invoice Date: November 30, 2020
Invoice Number: 2012674
Matter Number: ███████

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Tigan, Jeremy A. | Partner | | | |
| Viereck, Laura | Paralegal | | | |
| | **Total** | | | |

**Time Detail**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/01/20 | Tigan, Jeremy A. | | |
| 10/01/20 | Tigan, Jeremy A. | | |
| 10/01/20 | Viereck, Laura | | |
| 10/02/20 | Tigan, Jeremy A. | | |
| 10/02/20 | Tigan, Jeremy A. | | |
| 10/13/20 | Tigan, Jeremy A. | | |
| 10/19/20 | Tigan, Jeremy A. | | |
| 10/20/20 | Tigan, Jeremy A. | | |
| 10/28/20 | Tigan, Jeremy A. | | |
| | | **Total** | |



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:          December 8, 2020
Invoice Number:            2012955
Matter Number:          ██████████

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending November 30, 2020

Total Fees                                    $ _____ ████████

Total Due This Invoice              $              ████████

**Please Remit to:**          ***Mail To:***
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*





**MORRIS**
**NICHOLS**
**ARSHT &**
**TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:                    December 8, 2020
Invoice Number:                       2012955
Matter Number:            █████████

**Matter Name:**  M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
November 30, 2020

Total Fees                                       $ _____ ████

Total Due This Invoice                 $        ████

**Please Remit
to:**              ***Mail To:***
                   *Morris, Nichols, Arsht & Tunnell LLP*
                   *1201 North Market Street 16th Floor*
                   *P.O. Box 1347*
                   *Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

| | |
|---|---|
| Invoice Date: | December 8, 2020 |
| Invoice Number: | 2012955 |
| Matter Number: | █████████ |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Tigan, Jeremy A. | Partner | | | |
| Simonetti, Sarah | Associate | | | |
| Viereck, Laura | Paralegal | | | |
| | **Total** | | | |

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/02/20 | Tigan, Jeremy A. | | |
| 11/02/20 | Viereck, Laura | | |
| 11/03/20 | Viereck, Laura | | |
| 11/03/20 | Tigan, Jeremy A. | | |
| 11/04/20 | Viereck, Laura | | |
| 11/04/20 | Tigan, Jeremy A. | | |
| 11/05/20 | Tigan, Jeremy A. | | |
| 11/06/20 | Tigan, Jeremy A. | | |
| 11/09/20 | Tigan, Jeremy A. | | |
| 11/10/20 | Tigan, Jeremy A. | | |
| 11/12/20 | Tigan, Jeremy A. | | |
| 11/13/20 | Tigan, Jeremy A. | | |

Sierra Wireless America, Inc.

| | | | Invoice Date: | December 8, 2020 |
| | | | Invoice Number: | 2012955 |
| | | | Matter Number: | ███████ |

| **Date** | **Name** | **Description** | **Hours** |
|----------|----------|-----------------|-----------|
| 11/17/20 | Tigan, Jeremy A. | ██████████████ | |
| 11/18/20 | Tigan, Jeremy A. | | |
| 11/18/20 | Viereck, Laura | | |
| 11/23/20 | Tigan, Jeremy A. | | |
| 11/24/20 | Tigan, Jeremy A. | | |
| 11/25/20 | Viereck, Laura | | |
| 11/25/20 | Tigan, Jeremy A. | | |
| 11/30/20 | Simonetti, Sarah | | |
| 11/30/20 | Simonetti, Sarah | | |
| 11/30/20 | Tigan, Jeremy A. | | |

**Total** ███████████



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:                 January 6, 2021
Invoice Number:                   2100797
Matter Number:          ███████

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending December 31, 2020

Total Fees                          $ ████████

Total Costs                         $____ ████████

Total Due This Invoice              $ ████████



**MORRIS NICHOLS ARSHT & TUNNELL**

mnat.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@mnat.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

| | |
|---|---|
| Invoice Date: | January 6, 2021 |
| Invoice Number: | 2100797 |
| Matter Number: | ██████ |

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
December 31, 2020

| | | |
|---|---|---|
| Total Fees | $ | █████ |
| Total Costs | $ | █████ |
| Total Due This Invoice | $ | █████ |

**Please Remit to:**

*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

| | |
|---|---|
| Invoice Date: | January 6, 2021 |
| Invoice Number: | 2100797 |
| Matter Number: | ██████ |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Tigan, Jeremy A. | Partner | | | |
| Simonetti, Sarah | Associate | | | |
| Viereck, Laura | Paralegal | | | |
| **Total** | | | | |

**Time Detail**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/01/20 | Tigan, Jeremy A. | ██████ | |
| 12/01/20 | Simonetti, Sarah | ██████ | |
| 12/01/20 | Simonetti, Sarah | ██████ | |
| 12/01/20 | Simonetti, Sarah | ██████ | |
| 12/02/20 | Simonetti, Sarah | ██████ | |
| 12/02/20 | Tigan, Jeremy A. | ██████ | |
| 12/03/20 | Simonetti, Sarah | ██████ | |
| 12/03/20 | Simonetti, Sarah | ██████ | |
| 12/03/20 | Simonetti, Sarah | ██████ | |
| 12/03/20 | Tigan, Jeremy A. | ██████ | |
| 12/04/20 | Simonetti, Sarah | ██████ | |
| 12/04/20 | Simonetti, Sarah | ██████ | |
| 12/04/20 | Simonetti, Sarah | ██████ | |
| 12/04/20 | Simonetti, Sarah | ██████ | |

Sierra Wireless America, Inc.

Invoice Date: January 6, 2021
Invoice Number: 2100797
Matter Number: ████████

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/04/20 | Simonetti, Sarah | | |
| 12/04/20 | Simonetti, Sarah | | |
| 12/04/20 | Tigan, Jeremy A. | | |
| 12/06/20 | Tigan, Jeremy A. | | |
| 12/06/20 | Simonetti, Sarah | | |
| 12/06/20 | Simonetti, Sarah | | |
| 12/06/20 | Simonetti, Sarah | | |
| 12/07/20 | Tigan, Jeremy A. | | |
| 12/07/20 | Simonetti, Sarah | | |
| 12/07/20 | Simonetti, Sarah | | |
| 12/08/20 | Tigan, Jeremy A. | | |
| 12/09/20 | Tigan, Jeremy A. | | |
| 12/09/20 | Simonetti, Sarah | | |

Sierra Wireless America, Inc.

Invoice Date:             January 6, 2021
Invoice Number:               2100797
Matter Number:

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/10/20 | Tigan, Jeremy A. | | |
| 12/10/20 | Simonetti, Sarah | | |
| 12/14/20 | Tigan, Jeremy A. | | |
| 12/15/20 | Tigan, Jeremy A. | | |
| 12/17/20 | Tigan, Jeremy A. | | |
| 12/17/20 | Simonetti, Sarah | | |
| 12/17/20 | Viereck, Laura | | |
| 12/18/20 | Tigan, Jeremy A. | | |
| 12/18/20 | Viereck, Laura | | |
| 12/18/20 | Simonetti, Sarah | | |
| 12/22/20 | Tigan, Jeremy A. | | |
| 12/23/20 | Tigan, Jeremy A. | | |
| 12/29/20 | Tigan, Jeremy A. | | |
| 12/29/20 | Viereck, Laura | | |

Sierra Wireless America, Inc.

Invoice Date:                    January 6, 2021
Invoice Number:                      2100797
Matter Number:            ███████████

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/30/20 | Tigan, Jeremy A. | ████████████████████████████ | |
| | | **Total** | ████████████ |

**Cost Summary**

| Description | | Amount |
|-------------|--|--------|
| ███████████████ | | ████████ |
| | **Total** | |

**Cost Detail**

| Date | Description | | Quantity | Amount |
|------|-------------|--|----------|--------|
| 11/30/20 | ███████████████ | | ███████████████ | |
| 12/01/20 | | | | |
| 12/04/20 | | | | |
| | | **Total** | ████████ | |



**Morris Nichols**
ARSHT & TUNNELL

morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:                March 29, 2021
Invoice Number:                   2103250
Matter Number:

---

**Matter Name:**  M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
February 28, 2021

Total Fees                         $

Total Due This Invoice             $



# Morris Nichols
## ARSHT & TUNNELL

morrisnichols.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:       March 29, 2021
Invoice Number:       2103250
Matter Number:       ██████

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
February 28, 2021

Total Fees       $ _____ ████

Total Due This Invoice       $ ████

**Please Remit
to:**

*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

| | |
|---|---|
| Invoice Date: | March 29, 2021 |
| Invoice Number: | 2103250 |
| Matter Number: | ████████ |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Tigan, Jeremy A. | Partner | ███ | ███ | ███ |
| Viereck, Laura | Paralegal | | | |
| | **Total** | | | |

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/04/21 | Tigan, Jeremy A. | ████████ | |
| 01/05/21 | Tigan, Jeremy A. | | |
| 01/06/21 | Tigan, Jeremy A. | | |
| 01/06/21 | Viereck, Laura | | |
| 01/11/21 | Tigan, Jeremy A. | | |
| 01/12/21 | Viereck, Laura | | |
| | | **Total** | ███ |



**Morris Nichols**
ARSHT & TUNNELL

morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.          Invoice Date:          February 22, 2022
13811 Wireless Way                     Invoice Number:              2202069
Richmond, BC V7C 5E2                   Matter Number:          ███████
Canada

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
January 31, 2022

|                          |          |
|--------------------------|----------|
| Total Fees               | $ _____ ███ |
| Total Due This Invoice   | $ ███    |



# Morris Nichols
## ARSHT & TUNNELL

**morrisnichols.com**
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
**billing@morrisnichols.com**

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:                February 22, 2022
Invoice Number:                      2202069
Matter Number:             ███████████

**Matter Name:**  M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
January 31, 2022

Total Fees                            $ _____ ███████

Total Due This Invoice                $       ███████

**Please Remit
to:**          *Mail To:*

*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

Invoice Date: February 22, 2022
Invoice Number: 2202069
Matter Number: ███████

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Tigan, Jeremy A. | Partner | | | |
| Viereck, Laura | Paralegal | | | |
| | **Total** | | | |

**Time Detail**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/03/22 | Tigan, Jeremy A. | | |
| 01/04/22 | Tigan, Jeremy A. | | |
| 01/12/22 | Tigan, Jeremy A. | | |
| 01/13/22 | Tigan, Jeremy A. | | |
| 01/14/22 | Tigan, Jeremy A. | | |
| 01/21/22 | Tigan, Jeremy A. | | |
| 01/24/22 | Tigan, Jeremy A. | | |
| 01/25/22 | Tigan, Jeremy A. | | |
| 01/26/22 | Tigan, Jeremy A. | | |
| 01/27/22 | Tigan, Jeremy A. | | |
| 01/28/22 | Tigan, Jeremy A. | | |
| 01/28/22 | Viereck, Laura | | |
| | | **Total** | |



**Morris Nichols**
ARSHT & TUNNELL

morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:          March 21, 2022
Invoice Number:            2203105
Matter Number:          ▮▮▮▮▮▮

**Matter Name:**  M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
February 28, 2022

Total Fees                          $_____ ▮▮▮▮

Total Due This Invoice              $        ▮▮▮▮

**Outstanding Invoices**

| Invoice Date | Invoice Number | Invoice Total | Payments | Total Balance |
|---|---|---|---|---|
| 02/22/22 | 2202069 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| | | **Total** $ _____ ▮▮▮▮ | | |
| | **Amount Due** | $ _____ ▮▮▮▮ | | |



# Morris Nichols
## ARSHT & TUNNELL

**morrisnichols.com**
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
**billing@morrisnichols.com**

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:      March 21, 2022
Invoice Number:       2203105
Matter Number:

**Matter Name:**  M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
February 28, 2022

Total Fees                                          $

Total Due This Invoice                      $

Previous Balance Due                       $

**Amount Due**                                 $

**Please Remit
to:**

*Mail To:*

*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

| | |
|---|---|
| Invoice Date: | March 21, 2022 |
| Invoice Number: | 2203105 |
| Matter Number: | ███████ |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Tigan, Jeremy A. | Partner | | | |
| Stitik, Denise S. | Paralegal | | | |
| Viereck, Laura | Paralegal | | | |
| | **Total** | | | |

**Time Detail**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/02/22 | Tigan, Jeremy A. | | |
| 02/03/22 | Tigan, Jeremy A. | | |
| 02/04/22 | Tigan, Jeremy A. | | |
| 02/07/22 | Viereck, Laura | | |
| 02/07/22 | Tigan, Jeremy A. | | |
| 02/08/22 | Tigan, Jeremy A. | | |
| 02/10/22 | Tigan, Jeremy A. | | |
| 02/11/22 | Stitik, Denise S. | | |
| 02/11/22 | Tigan, Jeremy A. | | |
| 02/24/22 | Viereck, Laura | | |
| | | **Total** | |



**Morris Nichols**
ARSHT & TUNNELL

morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:             September 22, 2022
Invoice Number:                    2211126
Matter Number:

---

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
August 31, 2022

Total Fees                          $

Total Due This Invoice              $



# Morris Nichols
## ARSHT & TUNNELL

morrisnichols.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:               September 22, 2022
Invoice Number:                      2211126
Matter Number:               ▮▮▮▮▮▮▮

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
August 31, 2022

Total Fees                     $ _____ ▮▮▮▮

Total Due This Invoice         $         ▮▮▮▮

**Please Remit
to:**           *Mail To:*
               *Morris, Nichols, Arsht & Tunnell LLP*
               *1201 North Market Street 16th Floor*
               *P.O. Box 1347*
               *Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

Invoice Date:          September 22, 2022
Invoice Number:               2211126
Matter Number:          ██████████

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Tigan, Jeremy A. | Partner | | | |
| | **Total** | | | |

## Time Detail

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/19/22 | Tigan, Jeremy A. | | |
| 08/22/22 | Tigan, Jeremy A. | | |
| | | **Total** | |



morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.                           Invoice Date:              October 10, 2022
13811 Wireless Way                                      Invoice Number:            2211751
Richmond, BC V7C 5E2                                    Matter Number:             ███████
Canada

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
September 30, 2022

Total Fees                                  $_____ ████

Total Due This Invoice                      $           ████



# Morris Nichols
## ARSHT & TUNNELL

morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:          October 10, 2022
Invoice Number:        2211751
Matter Number:         ███████

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
September 30, 2022

Total Fees                          $ _____ ██████

Total Due This Invoice              $ ██████

**Please Remit to:**

***Mail To:***
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

| | |
|---|---|
| Invoice Date: | October 10, 2022 |
| Invoice Number: | 2211751 |
| Matter Number: | ██████████ |

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Tigan, Jeremy A. | Partner | | | |
| | **Total** | | | |

## Time Detail

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/08/22 | Tigan, Jeremy A. | | |
| 09/09/22 | Tigan, Jeremy A. | | |
| 09/27/22 | Tigan, Jeremy A. | | |
| | | **Total** | |



**Morris Nichols**
ARSHT & TUNNELL

morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
**billing@morrisnichols.com**

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:          November 10, 2022
Invoice Number:              2212988
Matter Number:

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
October 31, 2022

Total Fees                           $

Total Due This Invoice               $



# Morris Nichols
## ARSHT & TUNNELL

morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
**billing@morrisnichols.com**

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:           November 10, 2022
Invoice Number:              2212988
Matter Number:

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending October 31, 2022

Total Fees                    $

Total Due This Invoice        $

**Please Remit to:**

*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

Invoice Date: November 10, 2022
Invoice Number: 2212988
Matter Number: █████████

**Timekeeper Summary**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Tigan, Jeremy A. | Partner | | | |
| | **Total** | █████████████████ | | |

**Time Detail**

| **Date** | **Name** | **Description** | **Hours** |
|---|---|---|---|
| 10/03/22 | Tigan, Jeremy A. | ████████████████████████ | |
| 10/06/22 | Tigan, Jeremy A. | | |
| 10/25/22 | Tigan, Jeremy A. | | |
| 10/31/22 | Tigan, Jeremy A. | | |
| | | **Total** | ██████████ |



**Morris Nichols**
ARSHT & TUNNELL

morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
**billing@morrisnichols.com**

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:                December 30, 2022
Invoice Number:                      2214120
Matter Number:

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
November 30, 2022

Total Fees                                    $_____

Total Due This Invoice                        $



# Morris Nichols
## ARSHT & TUNNELL

morrisnichols.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:      December 30, 2022
Invoice Number:      2214120
Matter Number:      █████

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending
November 30, 2022

Total Fees      $ _____

Total Due This Invoice      $

**Please Remit to:**

*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

| | |
|---|---|
| Invoice Date: | December 30, 2022 |
| Invoice Number: | 2214120 |
| Matter Number: | ███████ |

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Tigan, Jeremy A. | Partner | ███ | ███ | ███ |
| | **Total** | | | |

## Time Detail

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/01/22 | Tigan, Jeremy A. | ████████████████ | |
| | | **Total** | ████ |



**Morris Nichols**
ARSHT & TUNNELL

morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
**billing@morrisnichols.com**

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:          January 31, 2023
Invoice Number:                2300943
Matter Number:        ▮▮▮▮▮▮▮

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending December 31, 2022

Total Fees                    $ _____

Total Due This Invoice        $ ▮▮▮▮▮



# Morris Nichols
## ARSHT & TUNNELL

morrisnichols.com
**(302) 658-9200**
**(877) 772-MNAT (Toll Free)**
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Sierra Wireless America, Inc.
13811 Wireless Way
Richmond, BC V7C 5E2
Canada

Invoice Date:                    January 31, 2023
Invoice Number:                     2300943
Matter Number:          ████████

**Matter Name:** M2M

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending December 31, 2022

Total Fees                         $ _____  ████

Total Due This Invoice             $          ████

**Please Remit to:**

*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*



Sierra Wireless America, Inc.

Invoice Date:          January 31, 2023
Invoice Number:           2300943
Matter Number:

**Timekeeper Summary**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Tigan, Jeremy A. | Partner | | | |
| | **Total** | | | |

**Time Detail**

| **Date** | **Name** | **Description** | **Hours** |
|---|---|---|---|
| 12/13/22 | Tigan, Jeremy A. | | |
| 12/19/22 | Tigan, Jeremy A. | | |
| | | **Total** | |