IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M2M SOLUTIONS LLC and BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA WIRELESS AMERICA, INC. and SIERRA WIRELESS INC.,<br><br>Defendants. | C.A. No. 14-1102 (RGA)<br><br>**PUBLIC VERSION**<br><br>Confidential Version Filed: March 7, 2023<br>Public Version Filed: March 14, 2023 |

## **DECLARATION OF JENNIFER HAYES**

I, Jennifer Hayes, declare under penalty of perjury that the following is true and correct.

1. I am a partner with the law firm of Nixon Peabody LLP, and counsel for Defendants Sierra Wireless America, Inc., and Sierra Wireless, Inc., (hereinafter, "Defendants" or "Sierra") in the above-captioned litigation. This Declaration is submitted in support of Defendants' Motion for Order Regarding Amount of Attorneys' Fees in Support of Exceptional Case Order.

2. This Declaration is made of my own personal knowledge except where stated on information and belief, and as to those matters, I believe them to be true and correct, and, if called as a witness, I would competently testify thereto.

3. Sierra Wireless retained Nixon Peabody to defend it against M2M's originally filed lawsuit in or around February 2012. Nixon Peabody is an international law firm, and its intellectual property litigation group offers a broad range of services to national and international clients. As described in further detail below, Nixon Peabody's highly qualified intellectual property attorneys represented Sierra Wireless throughout the duration of this matter.

4. From January 30, 2021, to the date of this declaration, Sierra's Nixon Peabody's invoices for attorney and paralegal fees for this lawsuit totaled $ ███████. Sierra seeks these

fees as the reasonable attorney fees that the Court should award. This declaration applies to Sierra's Nixon Peabody fees. A separate declaration for Morris, Nichols, Arsht & Tunnell LLP, Sierra's Delaware counsel, is being submitted contemporaneously with this declaration.

5. This declaration includes summaries of each timekeeper's role on the case. The summaries were prepared from records kept during the litigation and based on my firsthand knowledge of each timekeeper's contributions.

6. I am an Intellectual Property partner at Nixon Peabody with more than 15 years of patent litigation experience, and more than 20 years of general patent experience. I have represented Sierra Wireless in multiple patent litigation cases in this and other districts dating back to 2008. I was and continue to be responsible for managing all aspects of the case including the preparation of all motions and pleadings, fact and expert discovery, preparation for trial, negotiations with Blackbird and the recovery of fees from Blackbird. I also supervised and coordinated work by Nixon Peabody's paralegals, librarians, and e-discovery specialists and coordinated with partners, associates, and paralegals at MNAT.

7. Ronald F. Lopez was an Intellectual Property partner at Nixon Peabody until January 2023. Mr. Lopez has more than 40 years of experience as a trial attorney and more than 25 years of experience as a patent trial litigator. Mr. Lopez was lead trial counsel for Sierra Wireless on this case, advised on case and trial strategy, and reviewed and revised the exceptional case briefing.

8. Paulina Staroska was an Intellectual Property associate at Nixon Peabody until December 2022. Ms. Staroska performed legal research relating to Sierra's fee request at my direction.

9. Yuko Ikegami is a Nixon Peabody Intellectual Property litigation paralegal with nearly twenty years of patent litigation experience.

10. Diana Girgis is also an Intellectual Property litigation paralegal at Nixon Peabody.

11. Ms. Ikegami and Ms. Girgis assisted with preparing, reviewing, filing, serving documents and performing other tasks necessary to maintain the litigation. Ms. Ikegami prepared the trial exhibit list at my direction and prepared exhibits for trial.

12. Tom Lindsey, Alicia Do, Jeff Jarrett and William Masterson are eDiscovery Specialists at Nixon Peabody who assisted with e-discovery management, production and other tasks necessary to maintain the litigation.

13. Lynn Leinartas, Beverly Miller, and Jane Metz are Nixon Peabody research librarians (legal assistants) who performed legal and evidentiary research at my direction.

14. Nixon Peabody's rates billed to Sierra Wireless in this are reasonable, reflecting a substantial discount from Nixon Peabody's standard rates:

| Timekeeper | 2021 Billed Rate | 2021 Standard Rate | 2022-2023 Billed Rate | 2022-2023 Standard Rate |
|---|---|---|---|---|
| R. Lopez | ■ | ■ | ■ | ■ |
| J. Hayes | ■ | ■ | ■ | ■ |
| P. Starostka | | | ■ | ■ |
| Y. Ikegami | ■ | ■ | | ■ |
| D. Girgis | | | ■ | ■ |
| T. Lindsey | ■ | ■ | | |
| A. Do | ■ | ■ | | |
| J. Jarrett | ■ | ■ | | |
| W. Masterson | ■ | ■ | | |
| L. Leinartas | ■ | ■ | | |
| B. Miller | ■ | ■ | | |

| Timekeeper | 2021 Billed Rate | 2021 Standard Rate | 2022-2023 Billed Rate | 2022-2023 Standard Rate |
|---|---|---|---|---|
| J. Metz | ██ | ██ | | |

15.     The reasonableness of the fees are supported by the declaration of John W. Shaw in *Citrix Systems, Inc. v. Workspot, Inc.*, C.A. No. 18-588-LPS-SRF, D.I. 488 (Exhibit 3). Mr. Shaw analyzed the 2019 AIPLA Economic Survey as well as fee applications in the United States Bankruptcy Court. *Id.*, ¶¶ 51-61.

16.     ████████████████████████████████████████████████████████

17.     The amounts of time and narratives set forth in these reports were prepared by each individual timekeeper at or near the time of the events they record, were reviewed and revised by me, and the final compilations were prepared by Nixon Peabody staff, then sent to Sierra, in the regular course of business.

18.     The information in Exhibit 1 to this declaration were generated by Nixon Peabody's accounting department at Mr. Lopez's direction.  I have reviewed Exhibit 1 and it accurately reflects the invoices that were sent to Sierra and ultimately paid by Sierra.  Exhibit 2 summarizes the fees incurred as of the date of this declaration that Sierra is seeking to recover from Blackbird pursuant to this court's order awarding Sierra fees incurred after January 29.  Sierra estimates that it will incur at least an ████████████████ in relation to preparing the request for fees and recovering its fees.  Only the fees actually incurred by Sierra and paid to Nixon Peabody by Sierra are included in this Motion.

19.     Information that is subject to the attorney-client privilege, the attorney work product doctrine, and/or any applicable privileges, protections, or immunities has been redacted from the descriptive narratives in the reports collected in Exhibit 1. Sierra has authorized me to submit un-redacted copies of Exhibit 1 for in camera review by the Court upon request.

20.     In my experience, the total fees incurred by Nixon Peabody that fall within the scope of Sierra's requested relief were reasonable and necessary to accomplish the tasks assigned by Sierra.

I declare under the penalty of perjury that the foregoing is true and correct.

March 7, 2023

*/s/ Jennifer Hayes*

Jennifer Hayes

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 7, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Blackbird Tech LLC*<br>*d/b/a Blackbird Technologies* | *VIA ELECTRONIC MAIL* |
| Wendy H. Verlander<br>Jeffrey D. Ahdoot<br>BLACKBIRD TECH LLC<br>d/b/a BLACKBIRD TECHNOLOGIES<br>One Boston Place, Suite 2600<br>Boston, MA  02108<br>*Attorneys for Plaintiff Blackbird Tech LLC*<br>*d/b/a Blackbird Technologies* | *VIA ELECTRONIC MAIL* |
| David A. Gerasimow<br>THE LAW OFFICES OF DAVID A. GERASIMOW, P.C.<br>73 West Monroe Street<br>Chicago, IL  60603<br>*Attorneys for Plaintiff Blackbird Tech LLC*<br>*d/b/a Blackbird Technologies* | *VIA ELECTRONIC MAIL* |
| Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff M2M Solutions LLC* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)