IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M2M SOLUTIONS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SIERRA WIRELESS AMERICA, INC., et al., <br><br> Defendants. | C.A. No. 1:14-cv-01102-RGA <br><br> **FILED UNDER SEAL** |

**PLAINTIFF'S STATEMENT REGARDING
DEFENDANTS' MOTION FOR AMOUNT OF ATTORNEYS' FEES**

Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies ("Blackbird") provides the following statement in response to Defendants' Motion for Order Regarding Amount of Attorneys' Fees in Support of Exceptional Case Order. (D.I. 268). As indicated in the March 6, 2023 Joint Status Report (D.I. 267), Blackbird ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Regarding Defendants' motion, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

██████████████████████████████████████   ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████

| | |
|---|---|
| Date: March 21, 2023 | STAMOULIS & WEINBLATT LLC |
| | |
| | */s/Stamatios Stamoulis*  |
| | Stamatios Stamoulis #4606 |
| | stamoulis@swdelaw.com |
| | Richard C. Weinblatt #5080 |
| | weinblatt@swdelaw.com |
| | 800 N. West Street, Third Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 999-1540 |
| | |
| | *Attorneys for Plaintiffs M2M Solutions LLC and Blackbird Tech LLC d/b/a Blackbird Technologies* |

OF COUNSEL:

Wendy Verlander (*pro hac vice*)
wverlander@blackbird-tech.com
Jeffrey D. Ahdoot (*pro hac vice*)
jahdoot@blackbird-tech.com
Blackbird Tech LLC d/b/a
Blackbird Technologies
One Boston Place, Suite 2600
Boston, MA 02108
617.307.7100

*Attorneys for Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on all counsel of record by CM/ECF and email on March 23, 2021.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis #4606