IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M2M SOLUTIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 14-1102-RGA |
| | : | |
| SIERRA WIRELESS AMERICA INC., et al, | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM ORDER**

I ordered Defendant Blackbird Tech LLC to pay Defendants' reasonable attorney's fees. (D.I. 241 & 242; D.I. 258). The parties tried unsuccessfully to agree to an amount. Defendants have filed a motion to justify payment of $485,420.74. (D.I. 268). It is supported. It consists of $404,734.68 for the Nixon Peabody law firm and $80,686.06 for the Morris Nichols law firm. (D.I. 270 at 1; D.I. 269 at 1). Blackbird responded with a "Statement" containing less than a page of text. (D.I. 275). Blackbird says it is out of business, has no assets, and is winding up under Massachusetts law. That may all be true, but that does not state any reasons why I should not make the award. It merely suggests that collecting on the award may be difficult to impossible.

Defendants' motion (D.I. 268) is **GRANTED**.

I request that Defendants submit a proposed order to effectuate the above.

IT IS SO ORDERED this 25th day of April 2023.

United States District Judge